UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CARSON WAYNE THOMAS (#392537)

VERSUS

WARDEN JAMES LEBLANC, ET AL

CIVIL ACTION

NO. 06-968-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated July 9, 2008. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the petitioner's application for habeas corpus relief will be dismissed, with prejudice.

Baton Rouge, Louisiana, September *10*, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA