UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CARSON WAYNE THOMAS (#392537)

VERSUS

WARDEN JAMES LEBLANC, ET AL

CIVIL ACTION

NO. 06-968-C

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the petitioner's application for habeas corpus relief will be dismissed, with prejudice.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, September _10_, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA